**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **EDGAR EUGENE SMALL,** | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 3:04-CV-0464-K |
| | ) | |
| **KEITH HOTTLE, Administrator, Texas** | ) | |
| **Board of Pardons and Paroles,** | ) | |
| Respondent. | ) | |

## ORDER

After making the independent review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the Findings, Conclusions and Recommendation of the Magistrate Judge are ADOPTED.

Signed this  12th   day of   December , 2005.


 s/Ed Kinkeade
ED KINKEADE
UNITED STATES DISTRICT JUDGE